```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 06 B 12698
    JOHNNY MAYFIELD
    EUGENIA DUKES MAYFIELD                        CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-0564    SSN XXX-XX-8543

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/05/2006 and was confirmed 12/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/17/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
AMERICA SERVICING COMPAN CURRENT MORTG         .00            .00           .00
CARDINAL PROPERTY MNGMT  SECURED             800.00            .00        197.05
WELLS FARGO FINANCIAL AC SECURED VEHIC     35835.00        1599.04       5678.32
WELLS FARGO FINANCIAL AC UNSECURED       NOT FILED            .00           .00
CHANDRA DIAGNOSTIC CARDI UNSECURED       NOT FILED            .00           .00
COMPREHENSIVE PAIN       UNSECURED       NOT FILED            .00           .00
EVERGREEN HEALTH CARE    UNSECURED       NOT FILED            .00           .00
I C COLLECTION SERVICE   NOTICE ONLY     NOT FILED            .00           .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED            .00           .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED            .00           .00
NICOR GAS                UNSECURED       NOT FILED            .00           .00
RADIOLOGY IMAGING CONSUL UNSECURED       NOT FILED            .00           .00
RADIOLOGY IMAGING CONSUL NOTICE ONLY     NOT FILED            .00           .00
IC SYSTEMS INC           UNSECURED           275.00            .00           .00
SOUTH SUBURBAN NEUROLOGY NOTICE ONLY     NOT FILED            .00           .00
AMERICA SERVICING COMPAN MORTGAGE ARRE       338.79            .00        338.79
AMERICAS SERVICING COMPA NOTICE ONLY     NOT FILED            .00           .00
AAFES                    UNSECURED            76.90            .00           .00
ILLINOIS DEPT OF REVENUE UNSECURED            29.67            .00           .00
ILLINOIS DEPT OF REVENUE PRIORITY              .52            .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          1156.82            .00           .00
SOUTH SUBURBAN NEUROLOGY UNSECURED             .00            .00           .00
JOSEPH WROBEL            DEBTOR ATTY       1,200.00                      1,200.00
TOM VAUGHN               TRUSTEE                                           586.80
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 9,600.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12698 JOHNNY MAYFIELD & EUGENIA DUKES MAYFIELD
```

```
PRIORITY                                                              .00
SECURED                                                          6,214.16
    INTEREST                                                     1,599.04
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,200.00
TRUSTEE COMPENSATION                                               586.80
DEBTOR REFUND                                                         .00
                                        ---------------   ---------------
TOTALS                                         9,600.00          9,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/25/08                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE









                              PAGE   2
        CASE NO. 06 B 12698 JOHNNY MAYFIELD & EUGENIA DUKES MAYFIELD